BEFORE THE SECOND DIVISION, OCTOBER 30, 1963

No. 68063.—Titus Pacific Corp. and Arthur J. Fritz et al. *v.* United States, protests 59/23409, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of vacuum brushes similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, OCTOBER 31, 1963

No. 68064.—International Models, Inc., and Victory Shipping Co., Inc. *v.* United States, protests 319252–K, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature locomotives similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the claim of the plaintiffs was sustained.

No. 68065.—Wing On Company *v.* United States, protest 60/27998 (San Francisco).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of brass lotus candlesticks similar in all material respects to those the subject of *Wing On Co. et al.* v. *United States* (47 Cust. Ct. 122, C.D. 2291), the claim of the plaintiff was sustained.